▲AO 245D    (Rev. 12/11) Judgment in a Criminal Petty Case for Revocations
Sheet 1

FILED
JUL 18 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

__SOUTHERN__    District of    __CALIFORNIA__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| SULMA SULEMA BEJARANO (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 11CR4471-DHB

CASSANDRA LOPEZ, FEDERAL DEFENDERS INC
Defendant's Attorney

REGISTRATION No. 29305298

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.  4, 5, 6

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 4 | Unlawful use of a controlled substance, Violent Crime Control Act (nv3a) |
| 5 | Failure to participate in drug aftercare program (nv21) |
| 6 | Failure to report as directed (nv7) |

__Probation__ is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 17, 2012
Date of Imposition of Sentence

HON. DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE

11CR4471-DHB

AO 245B     (Rev. 12/11) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT: SULMA SULEMA BEJARANO (1)
CASE NUMBER: 11CR4471-DHB

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Time Served

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

11CR4471-DHB